IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LUIS ENRIQUE CASTELLO URIOSTEGUI | § § § | |
| VS. | § § | ACTION NO. 4:23-CV-220-Y |
| BRIDGESTONE RETAIL OPERATIONS, LLC | § § | |

**FINAL JUDGMENT**

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the parties' joint stipulation of dismissal (doc. 18) this case is **DISMISSED with prejudice**. The parties shall each bear their respective costs and attorney's fees. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

SIGNED January 19, 2024.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE